**UNITED STATES COURT OF APPEALS**
TENTH CIRCUIT
BYRON WHITE UNITED STATES COURTHOUSE
1823 STOUT STREET
DENVER, COLORADO   80257

DAVID M. EBEL   (303) 844-3800
JUDGE   FAX: (303) 844-4541
David_M_Ebel@ca10.uscourts.gov

October 25, 2012

TO:  Jeffrey P. Colwell, Clerk
     Attn:  Senior Judge Team

FROM:  Judge David M. Ebel

RE:  Criminal Action No. 12-cr-425-DME
     <u>USA v. Castillo-Bulgara</u>

   Exercising my prerogative as a senior judge, I request that this case be reassigned.

DME/jd