# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: July 2, 2013 |
| Court Reporter: Janet Coppock | Time: 15 minutes |
| Probation Officer:   Nicole Peterson | Interpreter: Cathy Bahr |

**CASE NO.  12-CR-00425-PAB**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Beth Gibson |
| Plaintiff, | |
| vs. | |
| **ALFREDO CASTILLO-BULGARA,** | Harvey Steinberg |
| Defendant. | |

## CONTINUED SENTENCING

**1:55 p.m.     COURT IN SESSION**

APPEARANCES OF COUNSEL. Defendant is present and in custody.

Interpreter sworn with no challenges to her qualifications.

Ms. Gibson addresses sentencing.

Mr. Steinberg addresses sentencing.

Page Two
12-CR-00425-PAB
July 2, 2013

Defendant addresses the Court.

Court states its findings and conclusions.

**ORDERED:** Defendant's Motion for Non-Guideline Sentence for Variant Sentence [Docket No. 42] is **GRANTED.**

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

Defendant entered his plea on **January 25, 2013** to count **1 of the Indictment.**

**ORDERED:** Court **ACCEPTS** the Plea Agreement.

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:** Defendant shall be **imprisoned** for **27** months.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

Defendant is advised that if he enters or remains in the United States illegally, possesses a firearm or illegally possesses a controlled substance, he/she may be subject to further federal prosecutions.

**ORDERED:** Defendant advised of right to appeal. To the extent to which the defendant has waived some appellate rights, he is directed to consult with the plea agreement and his attorney. Any notice of appeal must be filed within 14 days.

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

Page Three
12-CR-00425-PAB
July 2, 2013

**ORDERED:**  Defendant is REMANDED to the custody of the U.S. Marshal.

**2:10 p.m.     COURT IN RECESS**

**Total in court time:    15 minutes**

**Hearing concluded**